Roland C. Colton, Esq., SBN 79896
**COLTON LAW GROUP**
28202 Cabot Road
Third Floor
Laguna Niguel, CA.  92677
Telephone: (949) 365-5660
Facsimile: (949) 365-5662
Email: rcc7@msn.com

Alexander Escandari, Esq. SBN 183781
**L.A. TRIAL LAWYERS, INC.**
8730 Wilshire Boulevard
Fifth Floor
Beverly Hills, CA.  90211
Telephone: (310) 492-2000
Facsimile: (310) 492-2001

Attorneys for Plaintiff VAHDAT AGHDASY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VAHDAT AGHDASY, on behalf of himself and all others similarly situated<br><br>                     Plaintiffs,<br><br>v.<br><br>NORDSTROM, INC.; HAUTELOOK, INC.<br><br>                     Defendants. | Civil Case No. 2:16-cv-01829-DSF (KSx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. Rules of Civ. Proc. Rule 41]<br><br>Hon. Dale S. Fischer |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulate that all claims of Plaintiff Vahdat Aghdasy herein against defendants Nordstrom, Inc. and Hautelook, Inc. are hereby dismissed in their entirety with prejudice, each party to bear its own costs.

Dated: April 25, 2017                    **COLTON LAW GROUP**

_Roland C. Colton_
Roland C. Colton

-and-

**L.A. TRIAL LAWYERS**
Alexander H. Escandari

*Attorneys for Plaintiff Vahdat Aghdasy*

Dated: Apri 25, 2017                     **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

_Dana J. Dunwoody_
Dana J. Dunwoody
Shanna M. Pearce

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**PROOF OF SERVICE**
*Vahdat Aghdasy, et al. v. Nordstroms, Inc., et al.*
**Civil Action No. 2:16-cv-01829-DSF (KSx)**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 26, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

**COLTON LAW GROUP**


By:        *Roland C. Colton*
           Roland C. Colton

           *Attorneys for Plaintiff Vahdat Aghdasy*

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE